**Order entered January 24, 2014**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-13-00940-CR

**MARK ALLEN HOLLIFIELD, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 296th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 296-82328-2012**

## ORDER

The Court **REINSTATES** the appeal.

On January 14, 2014, we ordered the trial court to make findings regarding why appellant's brief had not been filed. On January 22, 2014, we received appellant's brief, together with an extension motion. Therefore, in the interest of expediting the appeal, we **VACATE** the January 14, 2014 order requiring findings.

We **GRANT** the January 22, 2014 extension motion and **ORDER** appellant's brief filed as of the date of this order.

/s/    LANA MYERS
       JUSTICE